# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ROY LEE BOLES, ADC #83390**                                    **PLAINTIFF**

**V.**                          **4:18CV00225 SWW**

**TRIGGS, North Little Rock Parole Officer,** *et al.*           **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Boles's complaint is DISMISSED, WITH PREJUDICE, for failure to state a claim on which relief may be granted.

2. Dismissal constitutes a "strike" pursuant to 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

IT IS SO ORDERED this 22nd day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE