UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROY LEE BOLES, ADC #83390**                                      **PLAINTIFF**

**V.**                      **4:18CV00225 SWW**

**TRIGGS, North Little Rock Parole Officer,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 22nd day of August, 2018.

                                                 /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE